[No. 4794-2-II. Division Two. April 22, 1982.]

JAMES R. LAND, *Appellant,* v. CIVIL SERVICE
COMMISSION OF THE CITY OF LACEY,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 80-2-00146-6, Bertil E. Johnson, J.
Pro Tem., entered May 15, 1980. *Affirmed* by unpublished
opinion per Petrie, J., concurred in by Petrich, A.C.J., and
Thompson, J. Pro Tem.

[No. 4571-1-II. Division Two. April 23, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. STAN LEE
HANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. C-847, Robert J. Doran, J., entered January
29, 1980. *Affirmed* by unpublished opinion per Worswick,
J., concurred in by Petrich, A.C.J., and Green, J.

[No. 4652-1-II. Division Two. April 23, 1982.]

ELIZABETH DOEHRING, *Individually, as Personal
Representative, and as Executrix, Appellant,*
v. DELBERT H. SCHOTH, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Thurston County, No. 58138, Frank E. Baker, J., entered
February 26, 1980. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Reed, C.J., and Worswick, J.